UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMIEN BANKS #504504,

        Plaintiff,                    Case No. 1:18–cv–538

   v.                          Hon. Janet T. Neff

GREG TORREY,

        Defendant.

_____/

## **ORDER**

      This matter is before the Court on Defendant Greg Torrey's Motion for Leave to File Dispositive Motions and for Amendment of Scheduling Order (ECF No. 69). The motion is denied to the extent that the deadlines will not be extended at this time. The remainder of the motion is taken under advisement. The November 10, 2020, settlement conference will be held by video and will now commence at 1:00 PM before Magistrate Judge Sally J. Berens. Connection information will be sent to the attorneys before the conference.

      IT IS SO ORDERED.

Dated:   November 3, 2020             /s/ Sally J. Berens_____
                                       SALLY J. BERENS
                                       U.S. Magistrate Judge