UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMIEN BANKS #504504,

    Plaintiff,                                    Hon. Janet T. Neff

v.                                                  Case No. 1:18-cv-538

GREG TORREY,

    Defendant.
_____/

**ORDER**

The Court has before it Defendant's motion for leave to file dispositive motions based on discovery that occurred following the appointment of counsel for Plaintiff. (ECF No. 69.) Plaintiff has filed a response, arguing that the motion should be denied because Defendant's proposed dispositive motion likely will not resolve all aspects of Plaintiff's only remaining claim. Having considered the parties arguments, the Court concludes that Defendant has shown "good cause" to amend the March 10, 2020 Case Management Order (ECF No. 58) to permit another round of dispositive motions. *See* Fed. R. Civ. P. 16(b)(4). Moreover, the Court finds that granting the requested relief is consistent with Rule 1's directive to administer and employ the Federal Rules of Civil Procedure to "secure the just, speedy, and inexpensive determination" of this case. Fed. R. Civ. P. 1.

Accordingly, Defendant's motion (ECF No. 69) is **GRANTED**. The parties shall have **21 days** from the date of this Order to file motions for summary judgment.

    **IT IS SO ORDERED**.

Dated: November 12, 2020                                /s/ Sally J. Berens
                                                                             SALLY J. BERENS
                                                                             U.S. Magistrate Judge